IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KEVIN KENNEY,

    Petitioner,

vs.                                            No. 18-CV-1163 JCH/KRS

ATTORNEY GENERAL
FOR THE STATE OF NEW MEXICO,

    Respondent.

## ORDER

**THIS MATTER** comes before the Court on foregoing *Respondent's Motion for an Extension of Time to Answer Kevin Kenney's Pro Se Petition for Writ of Habeas Corpus (28 U.S.C. § 2254) [Doc. 1]*, [Doc. 8], filed September 4, 2019.

Having reviewed the motion, the relevant pleadings, and being otherwise fully informed in the premises, the Court determines that the motion is well-taken.

**IT IS, THEREFORE, ORDERED** that foregoing *Respondent's Motion for an Extension of Time to Answer Kevin Kenney's Pro Se Petition for Writ of Habeas Corpus (28 U.S.C. § 2254) [Doc. 1]*, [Doc. 8], is **GRANTED;**

**IT IS FURTHER ORDERED** that Respondent shall have until September 12, 2019, to file his answer.

                                                      _____
                                                      KEVIN R. SWEAZEA
                                                      UNITED STATES MAGISTRATE JUDGE