IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KEVIN KENNEY,

        Petitioner,                                           No. 1:18-cv-01163-JCH-KRS

v.

STATE OF NEW MEXICO; and
ATTORNEY GENERAL OF THE
STATE OF NEW MEXICO,

        Respondents.

**ORDER ADOPTING MAGISTRATE JUDGE'S
PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

The Magistrate Judge filed his Proposed Findings and Recommended Disposition ("PFRD") on April 23, 2020. (Doc. 12).  The PFRD notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review.  On July 6, 2020, the Court extended Petitioner's time to file objections until July 24, 2020.  (Doc. 15).  To date, the parties have not filed any objections and the time for so doing, as extend, has expired.

    **IT IS THEREFORE ORDERED** that:

1)   the Magistrate Judge's PFRD (Doc. 12) is **ADOPTED**; and

2)   the Petition for a Writ of Habeas Corpus (Doc**.** 1) is **DENIED** and the matter **DISMISSED** with prejudice.

                                                                _____
                                                                UNITED STATES DISTRICT JUDGE